IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAN LARRY PENNINGTON,** *et al.*,                                         **PLAINTIFFS**
*Individually and on Behalf of all*
*Others Similarly Situated*

v.                              Case No. 4:20-cv-00178-LPR

**BHP BILLITON PETROLEUM**
**(FAYETTEVILLE), LLC and**
**MMGJ ARKANSAS UPSTREAM, LLC**                                         **DEFENDANTS**

**STATE OF ARKANSAS ex rel.**
**ARKANSAS ATTORNEY GENERAL**
**TIM GRIFFIN**                                                         **INTERVENOR**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) the claims against BHP Petroleum (Arkansas Holdings) LLC f/k/a BHP Billiton Petroleum (Arkansas Holdings), Inc. are dismissed without prejudice; (2) the claims against Merit Energy Company, LLC are dismissed without prejudice; (3) Plaintiffs' Declaratory Judgment claims[1] against BHP Billiton Petroleum (Fayetteville), LLC and MMGJ Arkansas Upstream, LLC are dismissed without prejudice; (4) Plaintiffs' otherwise-live breach of contract claims are dismissed with prejudice to the extent they are based on a monthly underpayment arising prior to February 21, 2015; and (5) with respect to all remaining claims in this case, judgement is entered in favor of Defendants.

IT IS SO ADJUDGED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Counts III, VI, and IX of Plaintiffs' First Amended Complaint (Doc. 8).